Law Offices<br>
LAWRENCE D. GERZOG<br>
70 Lafayette Street<br>
New York, New York 10013<br>
(516) 650-5232<br>
LDGLAWOFFICE@AOL.COM

August 7, 2024

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application Granted. Defendant's conditions of release are modified to permit travel to the District of New Jersey, the District of Connecticut and the Eastern, Middle and Western Districts of Pennsylvania. All other conditions of release shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 22.*

*Dated: August 12, 2024*
*New York, New York*

Re:   U.S. v. Davila, 24 CR 467

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

    I represent Stephanie Davila in connection with the above referenced case. When Ms. Davila was arrested and arraigned, she was released on a $100,000 PRB. Her travel was restricted to the Southern and Eastern Districts of New York. She is now respectfully asking that her travel restrictions be expanded to include New Jersey, Pennsylvania and Connecticut. Ms. Davila has relatives and friends that she would like to visit in these states. Her Pre-Trial Officer has approved this change and the U.S. Attorney's Office has stated that it defers to Pre-Trial's recommendation. Ms. Davila has strictly complied with all her bail conditions to date.

    Therefore, I respectfully request that Ms. Davila's bail conditions be modified to allow travel to New Jersey, Pennsylvania and Connecticut.

Respectfully submitted,

/s/ Lawrence D. Gerzog

Lawrence D. Gerzog