UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                          -against-                         24 Cr. 467 (LGS)

    STEPHANIE DAVILA,                      SCHEDULING ORDER

                                     Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Stephanie Davila's sentencing hearing will be held on **December 9, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **November 18, 2024**.  The Government's pre-sentencing submission, if any, shall be filed by **November 21, 2024.**

Dated:  August 12, 2024
           New York, New York

                                                         LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE