**24 Cr. 467 (LGS)  USA v. Stephanie Davila**

## STATE OF NEW YORK

Daniel Patrick Moynihan U. **COURT, COUNTY OF** NEW YORK
_____              _____
(name of the court where you are filing)                        (county where the court is located)

### In the Matter of the Application of:

**❶ Name:** Stephanie Davila
_____

**❷ AKA(s):** _____

**❸ NYSID:** 08681-511
_____

**❹ Date of Birth:** _____02/16/1994_____

**Notice of Motion in Support of Sealing
Pursuant to CPL §160.59**

This is a Notice of Motion for sealing New York State convictions pursuant to New York Criminal Procedure Law (CPL) section 160.59.

The sealing application is based upon the attached Affidavit in Support of Sealing and, if applicable, the attached supporting documents. The applicant asks the court to seal the following conviction(s):
NOTE: *The case number (docket, indictment or SCI number) and court name required for numbers 5 and 6 will be found on your Certificate(s) of Disposition. If you have more than one case number for the same incident (for example, you were charged in city/village/municipal court and supreme/county court for the same incident) enter the case number and court name for both cases.*

| ❺ Case Number (Docket, Indictment, or SCI Number) | ❻ Court Name |
|---|---|
| 24CR467(LGS) | Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY, 10007 |
|  |  |

Whereas, Defendant's compliance with her terms of supervision and her desire to "put this poor act of judgment behind" her do not warrant the sealing of this matter, this application is DENIED. The Clerk of the Court is directed to terminate the motion at docket number 47 and mail a copy of this Order to Defendant.

Dated: February 4, 2026
New York, New York

By: _____
          Stephanie Davila
          **Name of Applicant**

193 South 9th Street. Apt # 1B
_____
          **Street Address**

Brooklyn New York 11211
_____
          **City, State, Zip**

_____
                    **Phone**

backontracklegal@outlook.com
_____
                    **Email**

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**