Law Offices
LAWRENCE D. GERZOG
521 Fifth Avenue, 17th Floor
New York, NY 10123
(516) 650-5232

February 10, 2026

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted. The Clerk of the Court is directed to
terminate the letter motion at docket number 49.

Dated: February 10, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: U.S. v. Davila, 24 CR 467 (LGS)

Dear Judge Schofield:

I represent Stephanie Davila in connection with the above-referenced case. As you may recall, on or about April 24, 2025, you approved the release of Ms. Davila's passport to me for safekeeping until such time as Ms, Davila was released from prison. Ms. Davila has now been released and is serving the supervised release portion of her sentence. She is diligently pursuing employment as well as an appropriate place to live.

Ms, Davila is now asking for the return of her passport to her possession. She is fully aware that possession of the passport does not change in any way the travel restrictions placed on her under Supervised Release. Her Probation Officer has approved this request. I therefore respectfully request that the Court allow me to return the Passport to Ms. Davila at this time.

Respectfully submitted,

/s/ Lawrence D. Gerzog

Lawrence D. Gerzog

cc: Office of the U.S. Attorney, S.D.N.Y. (via ECF)