Law Offices
LAWRENCE D. GERZOG
521 Fifth Avenue 17th Floor
New York, New York 10175
(516) 650-5232
LDGLAWOFFICE@AOL.COM

May 1, 2026

Hon. Laura G, Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application DENIED without prejudice to a renewed application with proposed dates of travel and noting whether the Government and the Probation Department consent to the travel application. The Clerk of the Court is directed to terminate the letter motion at docket number 51.

Dated: May 4, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: U.S. v. Davila, 24 CR 467 (LGS)

Dear Judge Schofield:

As you know, I represent Stephanie Davila in connection with the above referenced case. Ms. Davila is currently on supervised release under the court's sentence. I am writing to request the Court's permission for her to travel to the Dominican Republic for up to one week in August. She does not want to make specific plans as to dates of travel until she gets permission from the Court.

Ms. Davila is in compliance with the terms of her supervised release and has cleared the proposed travel with her Probation Officer. If given permission, she will finalize her plans and communicate them to her Probation Officer before travelling.

Respectfully submitted,

/s/ SLawrence D. Gerzog

Lawrence D. Gerzog

cc: Office of the U.S. Attorney, S,D,N.Y. (Via ECF)