Law Offices
**LAWRENCE D. GERZOG**
521 Fifth Avenue 17th Floor
New York, New York 10175
(516) 650-5232
LDGLAWOFFICE@AOL.COM

Application Granted.  Defendant may, subject to preapproval by her probation officer, travel to the Dominican Republic for the reasons outlined below. All other conditions of supervision shall remain in effect.  The Clerk of the Court is directed to terminate the letter motion at docket number 53.

May 14, 2026

Dated: May 18, 2026
New York, New York

Hon. Laura G,  Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: U.S. v. Davila, 24 CR 467 (LGS)

Dear Judge Schofield:

As you know, I represent Stephanie Davila in connection with the above referenced case.  Ms. Davila is currently on supervised release under the court's sentence.  I am writing to request the Court's permission for her to travel to the Dominican Republic for an August 10  follow up procedure to a surgical procedure she had before getting arrested.

Her plan, if approved by you, is to travel two days or so prior to the procedure and sya to recuperate for one week after the procedure.  She does not want to make a specific travel reservation because the least expensive flights are non-refundable.

Ms. Davila is in compliance with the terms of her supervised release and has cleared the proposed travel with her Probation Officer.  I spoke to AUSA Rebold and he said his office defers to the judgment of the Probation Department on the issue.  If given permission, she will finalize her plans and communicate them in detail to her Probation Officer before travelling.

Respectfully submitted,

/s/ SLawrence D. Gerzog

cc: USAO, SDNY (by ECF)          Lawrence D. Gerzog